UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ANTHONY FRED MARTIN, | ) | C/A No. 4:19-3568-SAL-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CURTIS EARLY, SUSAN DUFFY, JONATHAN | ) | |
| BENNETT, MS. BEEKS, AND CAPTAIN LASLEY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff filed a motion to compel asserting that the Defendants did not fully respond to his Request to Produce which sought "any warnings or suggestions that may have been placed in Charles Davis' record about violent behavior possibilities since he was sentenced." (ECF No. 43).

The Defendants filed a response to the motion objecting to the request raising a security issue in providing information to the Plaintiff concerning another inmate and raised a HIPPA objection to producing any medical/mental health records of another inmate. (ECF No. 47). Defendants asserted in their response to the motion that the inmate referenced in the request is not a party to this action and does not have an opportunity to object to the release of his personal information. Defendants contend that inmates within the SCDC are generally not allowed to possess records of or personal information concerning other inmates for security reasons. Defendants

further assert in their response that to the extent that the court determines the Plaintiff may be entitled to any of the requested documents, the Defendants ask that the Court examine them prior to issuing an order.

Defendants are direct to submit to this court, within ten days of the date of this order, under seal for in camera review, documents as requested by Plaintiff that contains "any warnings or suggestions that may have been placed in Charles Davis' record about violent behavior possibilities since his sentence."

IT IS SO ORDERED.

s/Thomas E. Rogers, III
November 19, 2020                              Thomas E. Rogers, III
Florence, South Carolina                       United States Magistrate Judge